# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY L. WHITE

NO. 2024 KW 0852

DECEMBER 16, 2024

In Re:    Rodney White, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          02-99-0127.

BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.

**WRIT GRANTED.** The trial court is ordered to act on relator's
application for postconviction relief, filed May 11, 2021, and
supplemented April 10, 2023, on or before January 22, 2025. A
copy of the trial court's action shall be filed in this court on
or before January 29, 2025.

                        JMG
                        AHP
                        TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT